## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 18 B 28320 |
| JOANNE C. WENDEL | ) Chapter 13 |
| | ) |
| Debtor(s) | ) Judge A. Benjamin Goldgar |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To:  John H Redfield, Esq., Crane, Simon, Clar & Dan, 135 S. LaSalle Street, Suite 3705 , Chicago, IL 60603  - by electronic notice through ECF
Joanne C. Wendel, 380 Oak Hill Road, Lake Barrington, IL 60010
Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 - by electronic notice through ECF

**PLEASE TAKE NOTICE** that on November 14, 2018, Kovitz Shifrin Nesbit, filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois a withdrawal of its Appearance filed on behalf of Lake Barrington Shores Condominium Six Homeowners Association which was electronically filed on November 14, 2018.

LAKE BARRINGTON SHORES
CONDOMINIUM SIX HOMEOWNERS
ASSOCIATION

/s/ Ronald J. Kapustka
By:  Ronald J. Kapustka

### Certificate of Service

The undersigned certifies that he caused a copy of the foregoing Notice of Withdrawal of Appearance to be served upon the above named parties by depositing the same in the U.S. Mail, postage pre-paid, on November 15, 2018.

/s/ Ronald J. Kapustka

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CLX35-61008)

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CLX35\61008\3760561.v1-11/14/18