**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JOANNE C. WENDEL<br><br>　　　　Debtor | Case No. 18-28320<br>Chapter 13<br>Judge A. Benjamin Goldgar |

## LAKE BARRINGTON SHORES CONDOMINIUM SIX HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED OCTOBER 9, 2018

Now comes a certain Creditor, LAKE BARRINGTON SHORES CONDOMINIUM SIX HOMEOWNERS ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed October 9, 2018 states as follows:

1.　Lake Barrington Shores Condominium Six Homeowners Association (hereinafter referred to as "Lake Barrington Shores"), is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2.　On November 15, 2018, Lake Barrington Shores filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 380 Oak Hill Road, Barrington, Illinois 60010. (Exhibit "A").

3.　That pursuant to Lake Barrington Shores' governing documents, which have been recorded with the Recorder of Deeds of Lake County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Lake Barrington Shores.

4. At the time Debtor filed the chapter 13 petition on October 9, 2018, Debtor owed the amount of $1,963.28 for past due assessments, late fees, fines and attorney fees to Lake Barrington Shores. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Lake Barrington Shores secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Lake Barrington Shores' lien rights in Debtor's real estate and the proof of claim filed on November 15, 2018, Lake Barrington Shores, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $1,963.28.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Lake Barrington Shores, confirmation of Debtor's October 9, 2018 plan should be denied.

WHEREFORE, Lake Barrington Shores prays this court for entry of the attached order denying confirmation of the Debtor's plan filed October 9, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

LAKE BARRINGTON SHORES
CONDOMINIUM SIX
HOMEOWNERS ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

2