UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
JOANNE C. WENDEL

        Debtor

Case No. 18-28320  
Chapter 13  
Judge A. Benjamin Goldgar

### NOTICE OF FILING

To: See attached Service List.

**PLEASE TAKE NOTICE** that on this 13th day of December 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, LAKE BARRINGTON SHORES CONDOMINIUM SIX HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED OCTOBER 9, 2018, a copy of which is attached hereto and served upon you herewith.

_____  
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 13th day of December, 2018.

_____  
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me  
this 13th day of December, 2018.

_____  
Notary Public

OFFICIAL SEAL  
MICHELLE SCALES  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:08/17/20

#6308111  
Benjamin J. Rooney  
**KEAY & COSTELLO, P.C.**  
128 South County Farm Road  
Wheaton, Illinois 60187  
ben@keaycostello.com  
(630) 690-6446

## Service List

Joanne Wendel
380 Oak Hill Rd.
Barrington, Illinois 60010

John H Redfield
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)