IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOANNE C. WENDEL ) | |
| ) | No. 18-28320 |
| ) | Chapter 13 (Lake) |
| Debtors ) | Honorable A. Benjamin Goldgar |
| ) | Hearing Date: 5/03/2019 at 9:30 a.m. |

### NOTICE OF MOTION

To:   See attached Service List.

YOU ARE HEREBY NOTIFIED that on May 3, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable A. Benjamin Goldgar in the North Branch Court, 1792 Nicole Lane, Round Lake Beach, Illinois 60073, and then and there present for hearing the attached MOTION FOR RELIEF FROM STAY at which time and place you may appear as you see fit to do.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 18th day of April, 2019.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 18th day of April, 2019.

_____
Notary Public
#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

KATHERINE L SMUCINSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 22, 2019

1

## SERVICE LIST

Joanne C. Wendel
380 Oak Hill Rd.
Barrington, Illinois 60010

John H Redfield
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn St., Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOANNE C. WENDEL ) | |
| ) | No. 18-28320 |
| ) | Chapter 13 (Lake) |
| Debtors ) | Honorable A. Benjamin Goldgar |
| ) | Hearing Date: 5/03/2019 at 9:30 a.m. |

## MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

NOW COMES a certain creditor, LAKE BARRINGTON SHORES CONDOMINIUM SIX HOMEOWNERS ASSOCIATION, by and through its attorneys, KEAY & COSTELLO, P.C., and in support of its Motion for Relief from Stay, states as follows:

1. That the creditor is LAKE BARRINGTON SHORES CONDOMINIUM SIX HOMEOWNERS ASSOCIATION (hereinafter referred to as "LAKE BARRINGTON SHORES"), an Illinois not-for-profit corporation and condominium association governed by the Illinois Condominium Property Act (765 ILCS 605/1 et seq.).

2. That the Debtor, JOANNE C. WENDEL (hereinafter referred to as "Debtor") is the owner of residential real estate that is part of LAKE BARRINGTON SHORES. Specifically, Debtor is the owner of the property located at 380 Oak Hill Road, Barrington, Lake County, Illinois.

3. That pursuant to 9(g)(1) of the Illinois Condominium Property Act (765 ILCS 605/1 et seq.) and LAKE BARRINGTON SHORES governing documents, which have been recorded with the Recorder of Deeds of Lake County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of LAKE BARRINGTON SHORES.

1

4. That as owner of a property at LAKE BARRINGTON SHORES, the Debtor is obligated to pay assessments to LAKE BARRINGTON SHORES.

5. That since the filing of Debtor's Chapter 13 petition on October 9, 2018, the Debtor has failed to remain current on her post-petition obligation to pay assessments to LAKE BARRINGTON SHORES.

6. Accordingly, beginning on November 2018 through the filing of this Motion, Debtor has failed to pay the amount of $1,292.15 in post-petition assessments to LAKE BARRINGTON SHORES. Additionally, LAKE BARRINGTON SHORES has incurred $700.00 in attorney's fees and $181.00 in court costs as a result of Debtor's failure to remain current on her post-petition obligation to the Association. Collection of said attorney's fees and court costs is authorized by the Association's Declaration.

7. Collection of said attorney fees and court costs is authorized by 9.2(b) of the Illinois Condominium Property Act and the Declaration. (765 ILCS 605/9.2(b)) (West 2017).

8. Therefore, the total amount due through the filing of this Motion for post-petition assessments, late fees, fines, attorney's fees, and court costs is $2,173.15.

9. That pursuant to Section 362 of the Bankruptcy Code, LAKE BARRINGTON SHORES moves this court for entry of an order modifying the automatic stay arising as a result of Debtor's Chapter 13 filing.

10. That LAKE BARRINGTON SHORES is entitled to relief from the automatic stay so it may initiate collection proceedings against the Debtor for the assessments and other charges that became due and owing after Debtor's Chapter 13 filing.

11. That LAKE BARRINGTON SHORES is entitled to relief from the automatic stay for the following reasons:

2

a. Debtor has made material defaults under the terms of the Declaration;

b. There is currently a continuing increase in the total indebtedness chargeable against the real estate for payment of assessments and other charges due under the Declaration which result in LAKE BARRINGTON SHORES being deprived of adequate protection of its interest in the real estate; and

c. The subject real estate is not necessary for a successful reorganization of the Debtor.

12. That LAKE BARRINGTON SHORES requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Creditor, herein, LAKE BARRINGTON SHORES, prays this court enter an order modifying the stay permitting LAKE BARRINGTON SHORES, to initiate collection proceedings of all post-petition association assessments due from the Debtor, JOANNE C. WENDEL, as a result of the ownership of the premises described herein, and for any such other and further relief as this court deems just and equitable within the premises.

LAKE BARRINGTON SHORES
CONDOMINIUM SIX HOMEOWNERS
ASSOCIATION

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
(630) 690-6446

3