IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOANNE C. WENDEL ) | |
| ) | No. 18-28320 |
| ) | Chapter 13 (Lake) |
| Debtor ) | Honorable A. Benjamin Goldgar |
| ) | |

NOTICE OF WITHDRAWAL OF MOTION

Lake Barrington Shores Condominium Six Homeowners Association by and through counsel, hereby withdraws its Motion for Relief from Stay filed on April 18, 2019 due to settlement.

LAKE BARRINGTON SHORES
CONDOMINIUM SIX HOA

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

1